LOUIS STIEGLITZ, Respondent, *v.* MILO M. BELDING, Jr., Appellant.

APPEAL from a judgment in favor of plaintiff, and from order denying a motion for a new trial.

Lexow, Mackellar & Wells, for appellant.

Cardoza & Nathan, for respondent.

FITZSIMONS, J. The demurrer was properly sustained. Knoor v. Bates, 12 Misc. Rep. 396; 14 id. 501; Ralli v. Hillyer, 15 id. 692.

The order and judgment appealed from is, therefore, affirmed, with costs to the respondent.

McCARTHY and CONLAN, JJ., concur.

Judgment and order affirmed, with costs.